IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CAREY SCHWEINFURTH, ) | |
| ) | |
| and ) | |
| ) | Case No.   1:05-CV-0024 |
| JAMES ROTH, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Judge Christopher A. Boyko |
| v. ) | Magistrate Judge Kenneth S. McHargh |
| ) | |
| MOTOROLA, INC., ) | |
| ) | |
| Defendant. ) | |

### AMENDED CASE MANAGEMENT ORDER

Pursuant to the Agreed Motion of the Parties, the Court sets the following case management dates:

| | |
|---|---|
| Plaintiffs to respond to outstanding written discovery: | 5/7/07 |
| Plaintiffs to be deposed: | 6/8/07 |
| Motorola to begin rolling document production: | 6/1/07 (bi-weekly thereafter) |
| Pleadings to be amended: | 8/31/07 |
| Motorola to endeavor in good faith to complete production of documents: | 9/1/07 |
| Motorola's Response to Class Certification Brief due: | 9/7/07 |
| Settlement Conference to be held: | 9/22/07, or at Court's convenience |
| Plaintiff's Reply to Certification Brief due: | 10/8/07 |
| Hearing on Class Certification to be held: | 11/15/07, or at Court's convenience |
| Fact Discovery Closes: | 12/31/07 |
| Plaintiffs' Expert Reports Due: | 2/18/08 |

| | |
|---|---|
| Motorola Expert Reports Due: | 3/31/08 |
| Expert Discovery Closes: | 4/25/08 |
| Dispositive Motions Due: | 5/29/08 |
| Briefs in Opposition Due: | 6/30/08 |
| Replies Due: | 7/14/08 |
| Trial: | 9/28/08, or at Court's convenience |

The case management dates set forth in the Order entered on January 31, 2007 are hereby stricken.

SO ORDERED, this the 15th day of May, 2007.

*[signature: Christopher A. Boyko]*

CHRISTOPHER A. BOYKO
United States District Judge

FILED
MAY 15 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND