# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| CAREY SCHWEINFURTH, ET AL., | ) | CASE NO.1:05CV024 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| MOTOROLA, INC. | ) | ORDER |
| | ) | |
| Defendant. | ) | |

## CHRISTOPHER A. BOYKO, J:

Pursuant to the telephone status conference held January 11, 2008, the Court continues the stay, at request of the parties, in order to facilitate settlement discussions. Parties shall withdraw the Motion for Class Certification (ECF # 92) and Motion for Judgment on the Pleadings (ECF# 99), subject to refile as originally filed and without alteration, upon the lifting of the stay. The Court will conduct an additional telephone conference on January 23, 2008 at 1:30 PM. Plaintiff shall initiate the conference call and will contact the Court at (216) 357-7151. The Court will hold a settlement conference on February 12, 2008 at 10:00 AM. All parties with full settlement authority are required to attend.

IT IS SO ORDERED.

**FILED**

JAN 15 2008

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

CHRISTOPHER A. BOYKO
United States District Judge